## DILLNER TRANSFER CO. ET AL. v. UNITED STATES ET AL.

No. 188. Decided October 9, 1961.

*Ernie Adamson* for appellants.

*Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Robert W. Ginnane* and *Fritz R. Kahn* for the United States et al.

*Carl Helmetag, Jr.* for the Pennsylvania Railroad Co., and *Herbert Baker, John C. Bradley* and *Roland Rice* for Continental Transportation Lines, Inc., et al., intervenors.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## GENCO v. GENCO.

No. 277, Misc. Decided October 9, 1961.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.